UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER S. MANN**<br>         **Plaintiff** | **DOCKET NO. 2:11-cv-01435** |
| **VERSUS** | **JUDGE BERRIGAN** |
| **ACCOUNTS RECEIVABLE<br>TECHNOLOGIES, INC.**<br>         **Defendant** | **MAGISTRATE ROBY** |

## ORDER

Considering the above and foregoing Motion to Dismiss, it is hereby ORDERED that all claims asserted in this matter by Christopher S. Mann against Accounts Receivable Technologies, Inc are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana, this  22nd  day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE